# UNITED STATES DISTRICT COURT
for the
Eastern District of California



FILED
FEB 09 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

| | | |
|---|---|---|
| EUGENE E ANDREYEV<br>PRO SE | ) | Case No. 2 1 8 - CV   0 3 1 4 KJM KJN PS |
| | ) | _(to be filled in by the Clerk's Office)_ |
| _Plaintiff(s)_<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) ) ) | Jury Trial: _(check one)_  ✓ Yes  ☐ No |
| -v- | ) | |
| DAVID RAWE CITY OF ROSEVILLE, ROSEVILLE POLICE DEPARTMENT, GREGGORY COLE, CAMERON BAL, MICHAEL ANDERSON | ) ) ) ) | |
| _Defendant(s)_<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) | |

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | EUGENE E ANDREYEV |
| Street Address | 5905 BRITTANY WAY |
| City and County | CITRUS HEIGHTS, SACRAMENTO |
| State and Zip Code | CALIFORNIA 95610 |
| Telephone Number | 915-965-8050 |
| E-mail Address | HALLEY7710@GMAIL.COM |

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | DAVID RAWE, CITY OF ROSEVILLE |
| Job or Title *(if known)* | RISK MANAGER |
| Street Address | 311 VERNON STREET |
| City and County | ROSEVILLE, PLACER |
| State and Zip Code | CALIFORNIA, 95678 |
| Telephone Number | 916-774-5202 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | ROSEVILLE POLICE DEPARTMENT, GREGORY COLE # 1072 |
| Job or Title *(if known)* | POLICE OFFICER |
| Street Address | 1051 JUNCTION BLVD, |
| City and County | ROSEVILLE, PLACER |
| State and Zip Code | CALIFORNIA, 95678 |
| Telephone Number | 916-774-5030 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | ROSEVILLE POLICE DEPARTMENT, CAMERON BAL #1067 |
| Job or Title *(if known)* | POLICE OFFICER |
| Street Address | 1051 JUNCTION BLVD, |
| City and County | ROSEVILLE, PLACER |
| State and Zip Code | CALIFORNIA, 95678 |
| Telephone Number | 916-774-5030 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | ROSEVILLE POLICE DEPARTMENT, MICHAEL ANDERSON |
| Job or Title *(if known)* | SERGEANT |
| Street Address | 1051 JUNCTION BLVD, |
| City and County | ROSEVILLE, PLACER |
| State and Zip Code | CALIFORNIA, 95678 |
| Telephone Number | 916-774-5030 |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

VIOLATION OF PLAITIFF'S CIVIL RIGHTS, SEIZED UNLAWFULLY PERSONAL PROPERTY. LOSS OF VEHICLE AND ALL ITEMS IN A VEHICLE. DESTROYING DOCUMENTS, DESTROYING LISENCE PLATES. LOSS OF USE, PUNITIVE DAMAGES.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.  If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

PLEASE SEE ATTACHED WRITTEN STATEMENT OF COMPLAINT, THE ADDITIONAL PAGES.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I, the plaintiff respectfully asking the court to make a fair judgment against the City of Roseville and Roseville police department. Police officers unlawfully took my vehicle from private property, they also took and destroyed my documents for the vehicle. Officers took license plates off my vehicle and wrote a wrong license plate number on their report. Police officers did not provide legal documentation where the vehicle was towed. The police officers caused me, the plaintiff to loose the vehicle, that cost $5,200.00 and all the items that were in a vehicle. the amount of the cost for the items are unknown at this time.

There were expensive tools in my vehicle for doing construction and auto repairs. I also suffer loss of use, and the amount of cost for loss of use is unknown at this time. i also suffer from worries about my property that was taken by the police officers. The amount of the punitive damages are unknown at this time and I believe it should be figure it out by the Federal court.

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    2-9-18

Signature of Plaintiff

Printed Name of Plaintiff    EUGENE E ANDREYEV

### B.  For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFOERNIA

1 | Additional pages: **COMPLAINT FOR A CIVIL CASE**

### III. Statement of Claim

I, Eugene Andreyev, am making this claim against the Roseville Police Department and Police Officers. The names of police officers; Greggory Cole badge #1072. Camron Bal badge #1067. Sergeant Michael Anderson.

On February 16, 2017, I was arrested by the Roseville Police officers on my ex-wife's driveway at 805 Marlin Drive, Roseville.

When the police officer pooled me over, I was talking on the speaker phone with my mother and then she came to the scene to pick up my car. My mother, Galina Andreyev, introduced herself to Sergeant Anderson, and then she asked him if she can take the car, but the Sergeant Anderson refused to release my car to my mother. My car was parked on private driveway and police has no legal reason to take my car, so I requested the police officers to release my car to my mother, but they denied. The officer told me that my car will be taken for evidence/investigation from the scene, but they never gave me any information about my car and the location where it was towed. The police officer opened a trunk and he took off the license plates from my car.

The police never gave me the paperwork about where they towed my vehicle as required by the law. After a few days, my mother Galina Andreyev called the Roseville Police Department. She provided them the license plates number, which was on the registration paper, but they could not locate my car because in their report the police wrote a wrong license plates number.

1

**EUGENE ANDREYEV vs. ROSEVILLE POLICE DEPARTMENT**

In the report, the police also wrote that my car was towed to Neighborhood tow yard. Then later the Roseville police called my mother and told her that the car was taken to the Neighborhood Enterprise tow yard, but the car was towed to Anderson's tow yard.

The police violated my civil rights by not letting me to release my car to my mother. The police performed unlawful act when they towed my vehicle. My mother was at the scene, and upon my request, the police denied to release my car to my mother, but told me that my car will be taken for evidence/investigation.

The police did not do their accurate job as a law required; they must provide with documentation of the location where the car was taken. Their negligence caused me losing my car.

I was in Placer county jail for six months until August 16, 2017, and then I was transferred to Sacramento County on August 16, 2017. I was released from Sacramento jail on August 26, 2017.

On September 1, 2017, I made a claim with the City of Roseville against Roseville police department and my claim was denied because I made my claim after six months. Then I filed an Application for Leave to Present a Late Claim, at Roseville, but I never heard from the City of Roseville ever again.

.

Sincerely,

Dated: 2-9-18

Eugene E Andreyev
5905 Brittany Way
Citrus Heights, CA 95610
916-965-8050

2

**EUGENE ANDREYEV vs. ROSEVILLE POLICE DEPARTMENT**